AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 2:14 CV 2442 CAS (MRWx)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ADAM MARCH C/O ARM WNY LLC
was received by me on *(date)* 4/11/14 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)*
Dom D'Angelo CEO _____, a person of suitable age and discretion who resides there,
on *(date)* 4/14/14 , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 4/30/14

*Richard Fink*
Server's signature

Richard Fink
*Printed name and title*

NY Server LLC 218 Main St #382 East Setauket NY 11733 877 358 4515
*Server's address*

Additional information regarding attempted service, etc:

Sex: Male    Color of skin: White    Color of hair: Brown    Glasses: No
Age: 36 - 50 Yrs.    Height: 5ft 4inches - 5ft 8inches    Weight: 161-200 Lbs.    Other Features:

*NY SERVER LLC  218 MAIN ST #382 EAST SETAUKET NY 11733  877 358 4515*