AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.   2:14 CV 2442 CAS (MRWx)

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   ARM WNY LLC

was received by me on *(date)*   4/11/14

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*   Dom D'Angelo, Authorized Agent
200 John James Audubon Parkway Suite 300, Amherst , NY , who is
14228

designated by law to accept service of process on behalf of *(name of organization)*

ARM WNY LLC _____ on *(date)* 4/14/14 _____ ; or

I returned the summons unexecuted because _____ ; or

Other *(specify)*:



My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 4/30/14 _____           *Richard*

_____
*Server's signature*

Richard Fink

_____
*Printed name and title*

NY Server LLC  218 Main St #382 East Setauket NY 11733 877 358 4515
*Server's address*

Additional information regarding attempted service, etc:

Sex: Male     Color of skin: White     Color of hair: Brown     Glasses:
Age: 36 - 50 Yrs.     Height: 5ft 4inches - 5ft 8inches     Weight: 161-200 Lbs.     Other Features:

*NY SERVER LLC  218 MAIN ST #382 EAST SETAUKET NY 11733 877 358 4515*