UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
-------------------------------------------------------X
Terri Gartman,

                                                  Civil Action No.: 2:14-cv-02442-CAS-MRW

                  Plaintiff,

        -against-

ARM WNY, LLC and Adam March,

                  Defendants.
-------------------------------------------------------X

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT ADAM MARCH PURSUANT TO F.R.C.P. 41 (a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Terri Gartman, by and through her counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice against Defendant Adam March.

Dated: May 30, 2014

                                              **FREDRICK SCHULMAN & ASSOCIATES**

                                         By: */s Diane C. McDowell, Esq.*
                                              Diane C. McDowell, Esq.
                                              Attorney for Plaintiff
                                              Fredrick Schulman & Associates
                                              30 East 29TH Street
                                              New York, New York 10016
                                              Telephone (212)796-6053
                                              Fax (212) 951-7379
                                              Email: info@fschulmanlaw.com

**SO-ORDERED:**

_____
**Hon.**